

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00588-CR

**IN RE** Abelardo **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

On September 4, 2014, relator filed a motion requesting an extension of time to file a motion for rehearing in this original proceeding. The motion is GRANTED IN PART. Under the rules of appellate procedure, relator's motion for rehearing would be due in this court within fifteen days after the order denying his petition for writ of mandamus, or by September 3, 2014. *See* TEX. R. APP. P. 49.1. Relator is GRANTED a 30-day extension of time. **Any motion for rehearing will be due in this court no later than October 3, 2014.**

It is so **ORDERED** on September 5th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008CRR000657-D1; 2008-CRR-000662-D1; 2008-CRR-000665-D1, styled *The State of Texas v. Abelardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.